John P. Aldrich, Esq.
Nevada Bar No. 6877
**ALDRICH LAW FIRM, LTD.**
1601 S. Rainbow Blvd, Suite 160
Las Vegas, Nevada 89146
Telephone: (702) 853-5490
Facsimile: (702) 227-1975
jaldrich@johnaldrichlawfirm.com

Shannon Hopkins, Esq. *(pro hac to be submitted)*
Nicholas Porritt, Esq. *(pro hac to be submitted)*
**LEVI & KORSINSKY LLP**
30 Broad Street, 24th Floor
New York, New York 10004
Telephone: (212) 363-7500
Facsimile: (212) 363-7171
nporritt@zlk.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BORNET OLIVIER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WANCHUN HOU, QIANG LI, JIHONG BAO, XIN WANG, ALBERT LIU, REGIS KWONG, KOKHUI TAN, IRIS GENG, TINGJIE LV, ZHAOXING HUANG, DONG LI, and TRUNKBOW INTERNATIONAL HOLDING LIMITED,<br><br>Defendants. | CASE NO. 2:14-cv-00106-JCM-NJK<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME FOR PLAINTIFF'S COUNSEL TO SUBMIT VERIFIED PETITION FOR PERMISSION TO PRACTICE** |

It is hereby ORDERED that Plaintiff's Motion for Extension of Time for Plaintiff's Counsel to Submit Verified Petition for Permission to Practice is GRANTED;

/ / /

/ / /

/ / /

1  Plaintiff's counsel shall have an additional twenty-one (21) days from the date of this
2  Order to file his Verified Petition for Permission to Practice.
3  IT IS SO ORDERED.
4  Dated March 24, 2014.

_____
UNITED STATES DISTRICT COURT JUDGE

Approved as to form and content:

_____
John P. Aldrich, Esq.
Nevada Bar No. 6877
**ALDRICH LAW FIRM, LTD.**
1601 S. Rainbow Blvd, Suite 160
Las Vegas, Nevada 89146
Telephone: (702) 853-5490
Facsimile: (702) 227-1975
jaldrich@johnaldrichlawfirm.com

Shannon Hopkins, Esq. *(pro hac to be submitted)*
Nicholas Porritt, Esq. *(pro hac to be submitted)*
**LEVI & KORSINSKY LLP**
30 Broad Street, 24th Floor
New York, New York 10004
Telephone: (212) 363-7500
Facsimile: (212) 363-7171
nporritt@zlk.com

*Attorneys for Plaintiff*

2