Patrick G. Byrne
Nevada Bar. No. 007636
SNELL & WILMER LLP
Hughes Center
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169-5958
Telephone: 702.784.5200
Facsimile: 702.784.5252
Email: pbyrne@swlaw.com

Stephen D. Hibbard  (admitted *pro hac vice*)
SHEARMAN & STERLING LLP
Four Embarcadero Center, Suite 3800
San Francisco, CA  94111-5994
Telephone: 415.616.1100
Facsimile: 415.616.1199
Email: shibbard@shearman.com

*Attorneys for Defendant Trunkbow International Holdings Limited*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BORNET OLIVIER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WANCHUN HOU, QIANG LI, JIHONG BAO, XIN WANG, ALBERT LIU, REGIS KWONG, KOKHUI TAN, IRIS GENG, TINGJIE LV, ZHAOXING HUANG, DONG LI, and TRUNKBOW INTERNATIONAL HOLDINGS LIMITED,<br><br>Defendants. | Case No.: 2:14-cv-00106-JCM-NJK<br><br>STIPULATION AND [PROPOSED] ORDER STAYING ACTION PENDING FINAL APPROVAL OF SETTLEMENT IN PARALLEL STATE CLASS ACTION<br><br>**AS AMENDED,<br>PAGE 5** |

WHEREAS, plaintiff Bornet Olivier ("Plaintiff") filed the captioned action ("Action") on January 22, 2014, to challenge the proposed merger that Trunkbow International Holdings Limited ("Trunkbow" or the "Company") entered into with Trunkbow Merger Group Limited ("Parent"), a British Virgin Islands company, and Trunkbow International Merger Sub Limited ("Merger Sub"), a Nevada corporation and a wholly owned, direct subsidiary of Parent (the "Merger"). Among other things, Plaintiff alleged that defendants violated Sections 14(a) and 20(a) of the Securities Exchange Act of 1934, and Rule 14a-9 promulgated thereunder, by filing a materially false and misleading Schedule 14A Preliminary Proxy Statement ("Preliminary Proxy Statement") with the U.S. Securities and Exchange Commission ("SEC") in connection with the Merger on December 20, 2013 and that defendants breached their fiduciary duties, or aided and abetted in that breach, by approving the Merger after a materially flawed process and for an unfair price;

WHEREAS, this Action was filed after seven similar purported class actions were filed in the Eighth Judicial District Court of Clark County, Nevada (the "State Court").[1] Each of the seven state court actions likewise challenged either the initial merger proposal or, ultimately, the definitive merger agreement (the "Merger Agreement") that Trunkbow entered into with Parent and Merger Sub. The complaints in the state court actions generally alleged that the Merger was entered into as a result of an unfair process and for an unfair price and the defendants breached, or aided and abetted the breach of, fiduciary duties to the Company's stockholders. In addition, the *Morgan, Hertel, Sun,* and *Fontaine Actions* alleged that the Preliminary Proxy Statement omitted information necessary for it not to be materially misleading and asserted claims for violation of the duty of candor;

---

[1] *Hansen v. Trunkbow, et al.*, Case No. A-12-671652-C (now A-12-671652-B) was filed on November 8, 2012; *Robert Davis v. Hou, et al.*, Case No. A-12-671946-C (the "*Davis Action*") was filed on November 14, 2012; *Jason Lines v. Trunkbow Int'l Holdings Ltd., et al.*, Case No. A-13-693474-C was filed on December 20, 2013; *William Morgan v. Hou, et al.*, Case No. A-13-693613-C was filed on December 26, 2013 (the "*Morgan Action*"); *Troy Hertel v. Trunkbow Int'l Holdings Ltd., et al.*, Case No. A-13-693654-C was filed on December 27, 2013 (the "*Hertel Action*"); *Lu Sun v. Trunkbow Int'l Holdings Ltd., et al.*, Case No. A-14-694023-C was filed on January 6, 2014 (the "*Sun Action*"); and *Jean Fontaine v. Trunkbow Int'l Holdings Ltd. et al.*, Case No. A-14-694147-C was filed on January 7, 2014 (the "*Fontaine Action*"). On January 10, 2014, the plaintiffs in the *Davis Action* voluntarily dismissed the action without prejudice.

1       WHEREAS, in February 2014, as a result of discussions between counsel for Plaintiff and Trunkbow, Trunkbow voluntarily produced certain documents in response to Plaintiff's informal discovery requests;

      WHEREAS, on March 13, 2014, the State Court entered an Order of Consolidation and Appointment of Lead Counsel that, among other provisions, consolidated the remaining six actions under the caption *In re Trunkbow International Holdings Limited Shareholders Litigation*, No. A-12-671652-B (the "State Court Action");

      WHEREAS, on April 1, 2014, Trunkbow filed its Answer to the Action, denying all material allegations of wrongdoing in connection with the Merger and asserting affirmative defenses.

      WHEREAS, on April 14, 2014, the parties to the State Court Action, after voluntary expedited discovery and settlement negotiations, entered into a Memorandum of Understanding pursuant to which the Company filed supplemental proxy disclosures relating to the merger with the SEC and the parties agreed to settle and release all claims relating to the Merger Agreement and Merger;

      WHEREAS, the parties to the State Court Action anticipate filing imminently an application for an order preliminarily approving the proposed settlement on behalf of a non-opt out class, providing for notice of the terms of the settlement to all shareholders, and barring and enjoining all class members from commencing, prosecuting, instigating, or in any way participating in the commencement or prosecution of any action in any forum asserting any of the settled claims, either directly, representatively, derivatively or in any other capacity, pending the State Court's final determination as to whether to approve the settlement;

      WHEREAS, if the State Court grants final approval of the proposed settlement and release in the State Court Action, the claims asserted here would be subject to release and bar;

      WHEREAS, after the May 16, 2014 deadline for submission of a joint proposed discovery plan, for the sake of judicial economy, counsel for Plaintiff and Trunkbow agreed, subject to the Court's approval, to stay all proceedings in this action, including the parties' obligations to submit a

stipulated discovery plan and scheduling order, until the State Court has determined whether to grant final approval of a class settlement of the State Court Action;

WHEREAS, Plaintiff reserves all rights to object to the proposed settlement of the State Court Action and, as appropriate, to move to lift the stay of this Action;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and defendant Trunkbow, through their respective counsel of record, that Plaintiff and Trunkbow agree to, and respectfully request that this Court enter, an order:

1. Staying all proceedings in this action, pending determination by the State Court as to whether to approve the proposed class action settlement of the State Court Action, and subject to an application by any party to lift the stay; and

**The parties shall submit a joint status report every 60 days hereafter.**

2. ~~Ordering Plaintiff and defendant Trunkbow to appear for a status conference on November 12, 2014, at 9:30 a.m., or at such other time as the Court may order, to update the Court on the proceedings in the State Court Action.~~

Dated:   May 30, 2014

OF COUNSEL:
Stephen D. Hibbard
(admitted *pro hac vice*)
SHEARMAN & STERLING LLP
Four Embarcadero Center
San Francisco, CA 94111-5994
Telephone: 415.616.1100
Facsimile: 415.616.1199
*Attorneys for Defendant Trunkbow International Holdings Limited*

By: _____
Patrick G. Byrne
Nevada Bar. No. 007636
SNELL & WILMER LLP
Hughes Center
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169-5958
Telephone: 702.784.5200
Facsimile: 702.784.5252
*Attorneys for Defendant Trunkbow International Holdings Limited*

OF COUNSEL:
Nicholas I. Porritt
(admitted *pro hac vice*)
LEVI & KORSINSKY LLP
30 Broad Street, 24th Floor
New York, New York 10004
Telephone: 212.363.7500
Facsimile: 866.367.6510
*Attorneys for Plaintiff*

By: _____
John P. Aldrich
Nevada Bar. No. 006877
ALDRICH LAW FIRM
1601 S. Rainbow Blvd, Suite 160
Las Vegas, Nevada 89146
Telephone: 702.853.5490
Facsimile: 702.227.1975
*Attorneys for Plaintiff*

IT IS SO ORDERED:

_____
United States Magistrate Judge
DATED: May 30, 2014